EMMA KRISA, as Administratrix of the Estate of WALTER KRISA, Deceased, Respondent, v. JOHN SPRAGG et al., Defendants, and SOCONY-VACUUM OIL COMPANY, INCORPORATED, Defendant-Appellant.—

Hagarty, Carswell and Taylor, JJ., concur; Close, P. J., and Lewis, J., concur in reversal of judgment on ground that the verdict is against the weight of the credible evidence, but dissent as to the dismissal of the complaint and vote to grant a new trial on the ground that the record presents a question of fact.